# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4256
_____

DEBRA MCCLELLAND,

   Appellant,

   v.

HIGHLAND COUNTY SCHOOL
BOARD and ASCENSION
INSURANCE,

   Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Robert A. Arthur, Judge.

Date of Accident: August 9, 2016.

July 17, 2018

PER CURIAM.

   AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

―――――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――――

Claude M. Harden of The Harden Eldridge Law Group, P.A., Lakeland, for Appellant.

Diane H. Tutt of Conroy Simberg, Hollywood, for Appellees.